1  Mary McNamara, SBN 147131
   August Gugelmann, SBN 240544
2  SWANSON & McNAMARA LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for Defendant STEPHON JONES

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA, | No. CR 10-666 MHP
13 |                Plaintiff, | **STIPULATION AND [PROPOSED]**
14 |        v.                 | **ORDER CONTINUING APPEARANCE AND EXCLUDING TIME**
15 | STEPHON JONES,            |
16 |                Defendant. |

**STIPULATION**

Defendant Stephon Jones, by and through his counsel Mary McNamara, and the United States, by and through Assistant United States Attorney Benjamin Tolkoff, hereby stipulate and agree as follows:

   1) The parties are scheduled to appear before this Court on November 1, 2010 at 10:00 a.m. for further status conference.

   2) The government has informed defense counsel that it will be producing additional discovery in this case at the end of this week (by October 22) or early next week. The defense will need additional time to review that discovery and further evaluate the merits of this case.

   3) In order to facilitate defense preparation, the parties request that this matter be continued to November 15, 2010 at 10:00 a.m.

4) The parties agree that this continuance is necessary for effective preparation of defense counsel and for continuity of government counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the ends of justice that are served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: October 20, 2010

/s/
Mary McNamara
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for STEPHON JONES

Dated: October 20, 2010

/s/
Benjamin Tolkoff
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court orders the appearance for November 1, 2010 is vacated and that a further status conference is scheduled for November 15, 2010 at 10:00 a.m. The Court also finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore orders that time is excluded until November 15, 2010 pursuant to 18 U.S.C. § 3161(h)(7).

Dated:  10/25/2010

IT IS SO ORDERED
Judge Marilyn H. Patel