UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHON JONES,<br><br>        Defendant. | Case No. 10-cr-00666-MHP-1   (JD)<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR TRANSFER OF JURISDICTION OF SUPERVISED RELEASE**<br><br>Re: Dkt. No. 55 |

    Pending before the Court is defendant Stephon Jones' request for transfer of jurisdiction of supervised release, pursuant to 18 U.S.C. § 3605. Dkt. No. 55. Defendant, who filed the request pro se, asks that the Court transfer jurisdiction of his supervised release (which defendant says will commence on or about February 27, 2016) from this district to the Eastern District of California.

    The Court denies the request because it is inconsistent with the judgment that was entered in this case on August 12, 2015. Dkt. No. 54. One of the special conditions of defendant's supervision that was ordered by the judgment is that, "[u]pon release from confinement, the defendant shall reside for up to 180 days at a residential reentry center, as directed by the probation officer, and follow the rules of that facility." *Id*. at 4 ¶ 10. Defendant has not explained to the Court how he would meet that condition if his supervised release were to be transferred to the Eastern District of California, and it is the Court's understanding that he would not be able to do so.

    Defendant's request is consequently denied. Defendant may renew his request with his probation officer once he has commenced his term of supervised release.

    **IT IS SO ORDERED.**

Dated: January 21, 2016

                                                                                                 JAMES DONATO<br>
                                                                                                 United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>             Plaintiff,<br>    v.<br>JONES,<br>             Defendant. | Case No.  10-cr-00666-MHP-1   (JD)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephon Jones (1)

93199-011

FCI Mendota

PO BOX 9

Mendota, CA 93640

Dated: January 22, 2016

Susan Y. Soong<br>
Clerk, United States District Court<br>
<br>
By: /s/ Lisa R. Clark<br>
LISA R. CLARK, Deputy Clerk to the<br>
Honorable JAMES DONATO

2